1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CORY ANTONE-SEM and CORY ANTONE-SEM in her role as Proximus Amicus for the minor children, E.S. and G.S., <br><br>             Plaintiffs, <br><br>     v. <br><br> STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; SUSAN DREYFUS, individually and in her official capacity; NANCY TIMMS, LINDA SMITH, ASHLEY RIFFE, ROBERT SWOGGER, STEPHANIE FRAZIER, & JULIE YOUNG, individually and in their official capacities; MICHAEL KNUE and DIANA KNUE, husband and wife, and the marital community comprised thereof, <br><br>             Defendants. | NO. <br><br> NOTICE OF REMOVAL TO FEDERAL COURT <br><br> UNDER 28 U.S.C. § 1441(b) <br> (FEDERAL QUESTION) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that Defendants, State of Washington Department of Social and Health Services, Susan Dreyfus, Nancy Timms, Linda Smith, Ashley Riffe, Robert

Swogger, Stephanie Frazier, Michael Knue and Dianna Knue, hereby remove to this court the state court action described below.

1. This case concerns and alleges violation of Plaintiffs' constitutional rights under 42 U.S.C. § 1983, as well as related state law claims.

2. On April 27, 2011, a complaint was filed in the Superior Court of Washington for King County, Case No. 11-2-15373-8 SEA, entitled CORY ANTONE-SEM and CORY ANTONE-SEM as Proximus Amicus for the minor children, E.S. and G.S., Plaintiffs, vs. STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; SUSAN DREYFUS, individually and in her official capacity; NANCY TIMMS, LINDA SMITH, ASHLEY RIFFE, ROBERT SWOGGER, STEPHANIE FRAZIER, & JULIE YOUNG, individually and in their official capacities; MICHAEL KNUE and DIANA KNUE, husband and wife, and the marital community comprised thereof, Defendants.

3. Defendant State of Washington Department of Social and Health Services (DSHS) is an agency of the State of Washington. The Summons and Plaintiffs' Complaint in the above-entitled matter were served upon the State of Washington, DSHS, on May 2, 2011.

4. Defendants Susan Dreyfus, Nancy Timms, Linda Smith, Ashley Riffe, Robert Swogger, and Stephanie Frazier are or were employees of DSHS. Susan Dreyfus, Nancy Timms, Linda Smith, Ashley Riffe, Robert Swogger, and Stephanie Frazier have not been served with Plaintiffs' Complaint or the Summons in this matter. These Defendants reserve the right to object to service once removal has been completed.

5. Defendants Michael and Dianna Knue were served with the Summons and Plaintiffs' Complaint in the above-entitled matter on May 5, 2011.

6. Defendant Julie Young has not been served with the Summons and Plaintiffs' Complaint and she has not appeared in this matter.

7. All of the Defendants who have been served in this action join in this request for removal.

8. This notice of removal is being filed within 30 days after receipt by Defendant DSHS of a copy of the Complaint alleging an action under 42 U.S.C. § 1983 against Defendants.

9. Under 28 U.S.C. § 1331 and § 1343, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10. Plaintiffs allege they were deprived of their Constitutional rights to due process, association, free speech, security and privacy pursuant to 42 U.S.C. § 1983 by Defendants.

11. This is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331 and § 1343, and is one which may be removed to this court by defendants pursuant to 28 U.S.C. § 1441(b) in that it is a civil action founded on a claim or right arising under federal law. The district court also has supplemental jurisdiction over any state claim pursuant to 28 U.S.C. § 1367. An Eleventh Amendment bar as to supplemental claims does not divest the federal court of jurisdiction over claims arising under federal law. *Wisconsin Dep't of Corrections v. Schacht*, 524 U.S. 381, 118 S. Ct. 2047, 141 L. Ed. 2d 364 (1998).

12. Venue in the Western District of Washington is appropriate because this is the judicial district in which Defendants Michael and Dianna Knue reside and in which a substantial part of the alleged events giving rise to the claim occurred.

13. Defendants reserve all rights and defenses, including but not limited to, lack of personal service, lack of jurisdiction, and Eleventh Amendment immunity, and this notice is

made without waiving Washington State's sovereign immunity or any other defenses it may have in response to this lawsuit.

14. In compliance with 28 U.S.C. § 1446(a), the defendants have attached copies of all process, pleadings and orders served upon Defendant Department of Social and Health Services and Defendants Michael and Dianna Knue in this case. *See* Declaration of Suzanne LiaBraaten Regarding Documents, and attachments thereto.

DATED this 31st day of May, 2011.

    ROBERT M. MCKENNA
    Attorney General


    /s Suzanne LiaBraaten
    SUZANNE LIABRAATEN, WSBA No. #39382
    ALLISON CROFT, WSBA No. #30486
    Assistant Attorneys General
    Office of the Attorney General
    800 Fifth Avenue, Suite 2000
    Seattle, Washington 98104-3188
    Telephone: (206) 464-7352
    E-Mail: SuzanneL@atg.wa.gov
    E-Mail: Allisonc@atg.wa.gov
    Attorneys for Defendants State of Washington Department of Social and Health Services, Susan Dreyfus, Nancy Timms, Linda Smith, Ashley Riffe, Robert Swogger, Stephanie Frazier, Michael Knue and Dianna Knue

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that I served a copy of this document on all parties or their counsel of record as follows:

☒ Federal Express Overnight Service

Janelle M. Carman
Carman Law Office, Inc.
6 East Alder Street, Suite 418
Walla Walla, WA 99362
(509) 529-1018
carmanlaw@bmi.net

David Mistachkin
Ingram, Zelasko & Goodwin, LLP
120 East First Street
Aberdeen, WA 98520-5246
(360) 533-2865
dmistach@izglaw.co1l1

☒ ABC/Legal Messenger

Jeff B. Crollard
Crollard Law Office, PLLC
1904 Third Avenue, Suite 2030
Seattle, WA 98101
(206) 623-3333
jbc@crollardlaw.com

DATED this 31st day of May, 2011.

/s Suzanne LiaBraaten
SUZANNE LIABRAATEN, WSBA No. #39382
Assistant Attorney General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Telephone: (206) 464-7352
E-Mail: SuzanneL@atg.wa.gov
Attorney for Defendants State of Washington Department of Social and Health Services, Susan Dreyfus, Nancy Timms, Linda Smith, Ashley Riffe, Robert Swogger, Stephanie Frazier, Michael Knue and Dianna Knue