UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORY ANTONE-SEM,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON, et al.,<br><br>    Defendants. | C11-906 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Having reviewed the parties' stipulation and order staying all deadlines, docket no. 97, the Court STRIKES the parties' pending motions for summary judgment and motions to seal, docket nos. 55, 57, 61, 63, and 88, without prejudice to refile. The Court STAYS all remaining dates and deadlines in this matter, pending final court approval of the minors' settlement.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 1st day of February, 2013.

            William M. McCool
            Clerk

            s/Claudia Hawney
            Deputy Clerk

MINUTE ORDER - 1